# EXHIBIT C

Bridge Agreement

**Bridge Agreement Between**
**URS Federal Services, Inc., Vectrus, Inc.,**
**Arcata Associates, Inc., Chugach Federal Solutions, Inc.,**
**and International Brotherhood of Teamsters Local 631**
**Maintenance & Operations**
**Project Labor Agreement**

The parties hereby agree URS Federal Services, Inc., and its subcontractor, Vectrus, Inc., Arcata Associates, Inc., Chugach Federal Solutions, Inc., agree to accept all the terms and conditions of the Collective Bargaining Agreement (CBA) between PAE, Range Support Services, Fluor Federal Solutions LLC., C Martin Company, Inc., and the International Brotherhood of Teamsters, Local 631, Project Maintenance and Operations Agreement dated October 1, 2013 through September 30, 2017, and extended by written agreement with PAE through and including September 30, 2018. This includes all Memorandums of Agreement/Understanding made between parties and attached to this CBA.

This Agreement is for the performance of work on the Range Support Services II contract at the Nevada Test and Training Range Complex and will become effective October 25, 2017.

Agreed this __26th__ day of September, 2017.

**URS Federal Services, Inc.**

Lester W. Jordan, Director
Employee & Labor Relations

**International Brotherhood of Teamsters, Local 631**

Darrin Bradburn, Business Agent

Tommy Blitsch, Secretary Treasurer

**Vectrus Systems Corporation, Inc.**

Frank Peloso, Chief HR Officer

John Jordan, Civil Engineering
Program Manager

**Arcata Associates, Inc.**

Anthony Ng, Executive
Vice President

**Chugach Federal Solutions, Inc.**

Douglas Taylor, WFSI President