1  PAT LUNDVALL (NSBN 3761)
   KRISTEN T. GALLAGHER (NSBN 9561)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  lundvall@mcdonaldcarano.com
   kgallagher@mcdonaldcarano.com
5
6  STUART NEWMAN (admitted *pro hac vice*)
   SEYFARTH SHAW LLP
7  1075 Peachtree Street, N.E., Suite 2500
   Atlanta, Georgia 30309
8  Telephone: (404) 885-1500
   snewman@seyfarth.com

9  KAITLYN F. WHITESIDE (admitted *pro hac vice*)
   SEYFARTH SHAW LLP
10 620 Eighth Avenue
   New York, New York 10018
11 Telephone: (212) 218-5500
   kwhiteside@seyfarth.com
12
   *Attorneys for Vectrus Systems Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VECTRUS SYSTEMS CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>TEAMSTERS LOCAL 631,<br><br>Respondent. | Case No. 2:18-cv-01345-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PETITIONER TO RESPOND TO MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

Petitioner Vectrus Systems Corporation ("Vectrus") and Respondent Teamsters Local 631 ("Union") hereby agree, stipulate and respectfully request that the Court extend the deadline for Vectrus to respond to the Union's Motion for Judgment on the Pleadings filed on September 21, 2018 (ECF No. 15) ("Motion") by two weeks, from October 5, 2018 to October 19, 2018. The purpose of the extension is to provide Vectrus adequate time to respond to the Motion and the Union has agreed.

…

This is the first request by the parties related to the Union's Motion. The extension of time requested herein is sought in good faith and is not requested for the purpose of delay.

Dated this 27th day of September, 2018.

| McDONALD CARANO LLP | McCRACKEN, STEMERMAN & HOLSBERRY, LLP |
|---|---|
| By: /s/ Pat Lundvall<br>Pat Lundvall (NSBN 3761)<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>Stuart Newman<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>snewman@seyfarth.com<br>(admitted *pro hac vice*)<br><br>Kaitlyn F. Whiteside<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 218-5500<br>kwhiteside@seyfarth.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Petitioner Vectrus Systems Corporation* | By: /s/ Richard G. McCracken<br>Richard G. McCracken (NSBN 2748)<br>David L. Barber (NSBN 14165)<br>1630 Commerce Street, Suite A-1<br>Las Vegas, Nevada 89102<br>Telephone: (702) 386-5107<br>rmccracken@msh.law<br>dbarber@msh.law<br><br>*Attorneys for Respondent Teamsters Local 631* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2018